IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02678-MEH

GEORGE HARSCH,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 27, 2014.**

    For good cause shown, the Joint Motion to Stay [filed January 27, 2014; docket #23] is **granted**. The proceedings of this case are temporarily stayed until May 27, 2014, at (or before) which time the parties shall file dismissal papers or a status report as to potential settlement of this case.